UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRELL STANLEY (#448613)

                                                      CIVIL ACTION

VERSUS

                                            NUMBER 10-735-FJP-SCR

HUNT CORRECTIONAL CENTER, ET AL

<u>O P I N I O N</u>

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (iii).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, December 1, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47051